Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Margarita Gonzalez White

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA GONZALEZ WHITE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No. 2:24-cv-03095-CKD<br><br>ORDER FOR A TWENTY-EIGHT-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

Pursuant to the parties' stipulation, the court orders as follows:

1. The stipulation for extension of time (ECF No. 11) is GRANTED; and

2. Plaintiff's opening brief now is due March 12, 2025, and Defendant's response is due on or before April 11, 2025.

**IT IS ORDERED**.

Dated: 02/10/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE