```
MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4803
    E-Mail: andrea.banks@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARGARITA GONZALEZ WHITE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-03095-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

   Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended seven (7) days from April 11, 2025, up to and including April 18, 2025.

   This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel is consulting with her client regarding issues in this case and is awaiting a response before she can proceed with defense. Moreover, counsel already has four (4) other briefs due in the next approximately two (2) weeks, along with other litigation matters and work required for her role as a coordinator for another jurisdiction. Thus, Defendant requires an

extension in this case and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 8, 2025   /s/ Josephine Gerrard*
(*as authorized via e-mail on April 8, 2025)
JOSEPHINE GERRARD
Attorney for Plaintiff

Dated: April 8, 2025   MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   /s/ Andrea Banks
ANDREA BANKS
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 18, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  April 8, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE